DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES COOK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2091

[October 5, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 56-2012-CF-001489-A.

Charles Cook, Perry, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and TAYLOR, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***